UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAYLOR PAVLOSKY, ON BEHALF OF
HERSELF AND THOSE SIMILARLY
SITUATED,

    Plaintiffs,

-vs-                                      Case No. 6:12-cv-1711-Orl-28TBS

WINGHOUSE XI, LLC, KER
MANAGEMENT SERVICES, LLC, KER
INC. WINGHOUSE OF ORLANDO, INC.,
WINGHOUSE OF KISSIMMEE, LLC,
WINGHOUSE XII, LLC, WINGHOUSE OF
DAYTONA BEACHSIDE, LLC,
WINGHOUSE XV, LLC, WINGHOUSE OF
BRANDON 60, LLC, WINGHOUSE OF
BRADENTON, LLC, WINGHOUSE OF
CLEARWATER, LLC, WINGHOUSE XVI,
LLC, WINGHOUSE OF LAKELAND, LLC,
WINGHOUSE I, INC., WINGHOUSE IV,
INC., WINGHOUSE OF OCALA, L.C.,
WINGHOUSE X, INC., WINGHOUSE II,
INC., WINGHOUSE OF SANFORD, LLC,
WINGHOUSE V, INC., WINGHOUSE III,
INC., WINGHOUSE IX, INC.,

    Defendants.

## ORDER

This case is before the Court on Defendants' Motion for Partial Dismissal (Doc. No. 36) filed January 14, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 19, 2013 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion for Partial Dismissal (Doc. No. 36) is **GRANTED**.

3. Plaintiff's Complaint is dismissed against the moving Defendants without prejudice. Plaintiff may file an amended complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of March, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record