# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAYLOR PAVLOSKY, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,**

**Plaintiffs,**

**-vs-**                                              Case No.  6:12-cv-1711-Orl-28TBS

**WINGHOUSE XI, LLC,  KER MANAGEMENT SERVICES, LLC, KER INC. WINGHOUSE OF ORLANDO, INC., WINGHOUSE OF KISSIMMEE, LLC, WINGHOUSE XII, LLC, WINGHOUSE OF DAYTONA BEACHSIDE, LLC, WINGHOUSE XV, LLC, WINGHOUSE OF BRANDON 60, LLC, WINGHOUSE OF BRADENTON, LLC,  WINGHOUSE OF CLEARWATER, LLC, WINGHOUSE XVI, LLC, WINGHOUSE OF LAKELAND, LLC, WINGHOUSE I, INC., WINGHOUSE IV, INC., WINGHOUSE OF OCALA, L.C., WINGHOUSE X, INC., WINGHOUSE II, INC., WINGHOUSE OF SANFORD, LLC, WINGHOUSE V, INC., WINGHOUSE III, INC., WINGHOUSE IX, INC.,**

**Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and for Dismissal of Action with Prejudice (Doc. No. 69), as modified by the Defendants' Notice of Filing Second Corrected Composite Exhibit A to Joint Motion to Approve Settlement Agreement (Doc. No. 72).  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 74), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 22, 2014 (Doc. No. 73) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and for Dismissal of Action with Prejudice (Doc. No. 69) is **GRANTED**.

3. The Court **APPROVES** the Settlement Agreements between Taylor Pavlosky and Defendants and between Carley Henry and Defendants.

4. This action is **DISMISSED with prejudice**.

5. The Clerk of the Court is directed to terminate all pending motions and to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23rd day of April, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record